**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **KELLY BLAND**, on behalf of herself and others similarly situated, | |
| Plaintiff, | Case No. 2:24-cv-05036 |
| v. | JURY TRIAL DEMANDED |
| **ELOCAL USA LLC**, | |
| Defendant. | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Steven W. Zoffer, Esquire of Dickie, McCamey & Chilcote,

P.C. as counsel for Defendant, eLocal USA LLC.

Respectfully submitted,

DICKIE, MCCAMEY & CHILCOTE, P.C.

By: */s/ Steven W. Zoffer*

Steven W. Zoffer, Esq. (PA ID 62497)
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402
(412) 281-7272
Fax: (888) 811-7144
szoffer@dmclaw.com

Counsel for Defendant, eLocal USA LLC

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel for Defendant hereby certifies that on October 15, 2024,

the foregoing was served upon counsel in this matter via the Court's ECF system to the following:


Max S. Morgan, Esquire
The Weitz Firm, LLC
1515 Market Street, #1100
Philadelphia, PA 19102
Max.morgan@theweitzfirm.com

***Counsel for Plaintiff and the proposed classes***


By: */s/ Steven W. Zoffer*